IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. LINDA L. PETERSON,

        Defendant.

---

**INDICTMENT**
**Title 18, United States Code, Section 641**
**Public Money, Property, or Records**
**Title 29, United States Code, Section 501(c)**
**Fiduciary Responsibility of Officers of Labor Organizations, Embezzlement of Assets; Penalty**

---

**COUNT ONE**

    The Grand Jury charges that:

    1. The United States Postal Service, hereinafter referred to as "USPS" is an agency or department of the United States.

    2. At all times pertinent to this indictment, LINDA L. PETERSON was employed by the USPS as a Sales and Service Associate at the Pagosa Springs, CO Post Office. Included in the employment duties of LINDA L. PETERSON was the selling of all postal products and services, and maintaining the bulk business mailing records, which included the entering of deposits and withdrawals made by business mailers into the POSTAL

ONE system.

3. That beginning on or about August 8, 2007 and continuing thereafter through on or about September 6, 2007, in the State and District of Colorado, the defendant,

LINDA L. PETERSON,

did willfully and knowingly embezzle, steal, purloin and convert to her own use government funds of the value of approximately $3,600.00, which belonged to the United States Postal Service, which funds had come into the possession and under the care of the Defendant by virtue of her employment as a United States Postal Service Sales and Service Associate, with the United States Postal Service, Pagosa Springs, CO Post Office.

All in violation of Title 18, United States Code, Section 641.

## COUNT TWO

The Grand jury further charges that:

1. Local branch Number 715, American Postal Worker's Union is a labor organization engaged in an industry affecting commerce, as defined by Title 29, United States Code, Sections 402(I) and 402(j).

2. At all times pertinent to this indictment, LINDA L. PETERSON served as the treasurer of the local branch of the American Postal Worker's Union (APWU) Number 715.

3. That beginning on or about April 25, 2007 and continuing thereafter through on or about September 18, 2007, in the State and District of Colorado, the defendant,

LINDA L. PETERSON,

did embezzle, steal, and unlawfully and willfully abstract and convert to her own use moneys and funds of the American Postal Worker's Union (APWU) Number 715, in the amounts set forth below, in that LINDA L. PETERSON wrote checks to herself and her husband on an American Postal Worker's Union (APWU) Number 715 account and made one withdrawal from said account for her own use and benefit.

| Date | Check Number | Payee | Amount |
|---|---|---|---|
| 4/25/07 | 1190 | Rick Peterson | $900.00 |
| 6/20/07 | 1250 | Rick Peterson | $600.00 |
| 7/12/07 | 1200 | Linda Peterson | $700.00 |
| 7/12/07 | 1249 | Linda Peterson | $853.12 |
| 8/4/07 | 1198 | Rick Peterson | $900.00 |
| 8/15/07 | 1197 | Rick Peterson | $700.00 |
| 8/31/07 | 1199 | Rick Peterson | $700.00 |
| 9/17/07 | 1196 | Rick Peterson | $900.00 |
| 9/18/07 | Bank withdrawal | Linda Peterson | $150.00 |

All in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL

s/Foreperson
FOREPERSON

Troy A. EID
United States Attorney

By: s/Joseph Mackey
JOSEPH MACKEY
Assistant U.S. Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0100
Fax: (303) 454-0403
E-mail: joseph.mackey@usdoj.gov
Attorney for the Government